IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JENNIFER S. BERGLIND**                                                                                 **PLAINTIFF**

V.                                                        CIVIL ACTION NO.: 2:24-CV-172-HSO-BWR

**ITALO R. SUBBARAO, D.O., and
WILLIAM CAREY UNIVERSITY, Acting
through its Division of the College of Osteopathic
Medicine**                                                                                                **DEFENDANTS**

---

**PLAINTIFF'S WITHDRAWAL OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT [DOC. 21] AND WITHDRAWAL OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [DOC. 41]**

---

Plaintiff Jennifer S. Berglind respectfully withdraws her Motion for Leave to File First Amended Complaint [Doc. 21] and her Motion for Leave to File Second Amended Complaint [Doc. 41].

Plaintiff makes this withdrawal because her counsel believes that defense counsel is correct that these motions could moot the pending Motion to Dismiss [Doc. 8], and is also correct that mooting the Motion to Dismiss [Doc. 8] will cause needless delay in this litigation.

RESPECTFULLY SUBMITTED, this the 4th day of September, 2025.

                                                        JENNIFER S. BERGLIND, Plaintiff

                              By:    */s/ Jim Waide*
                                        Jim Waide, MS Bar No. 6857
                                        Rachel Pierce Waide, MS Bar No. 100420
                                        Yance Falkner, MS Bar No. 106107
                                        WAIDE & ASSOCIATES, P.A.
                                        332 North Spring Street
                                        Tupelo, MS  38804-3955
                                        Post Office Box 1357
                                        Tupelo, MS  38802-1357
                                        Telephone:  (662) 842-7324
                                        Facsimile:   (662) 842-8056

Email: waide@waidelaw.com
jdw@waidelaw.com
rpierce@waidelaw.com
yfalkner@waidelaw.com

ATTORNEYS FOR PLAINTIFF

3

## **CERTIFICATE OF SERVICE**

This will certify that undersigned counsel for Plaintiff has this day filed the above and foregoing with the Clerk of the Court, utilizing this court's electronic case data filing system (CM/ECF), which sent notification of such filing to the following:

Charles E. Cowan, Esq.
Jack Fitzgibbon Hall, Esq.
Jennifer H. Scott, Esq.
WISE, CARTER, CHILD & CARAWAY, PA
401 East Capitol Street, Suite 600
Jackson, MS 39201
P.O. Box 651
Jackson, MS 39205-0651
cec@wisecarter.com
jfh@wisecarter.com
jhs@wisecarter.com

DATED, this the 4th day of September, 2025.

>   */s/ Jim Waide*
>   **JIM WAIDE**